IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Neil Jessen,                                          :
                    Appellant                        :
                                                     :
          v.                                         :    No. 250 C.D. 2019
                                                     :
Commonwealth of Pennsylvania,                        :
Department of Transportation,                        :
Bureau of Driver Licensing                           :

## **O R D E R**

NOW, January 15, 2020, having considered Appellant's application for reargument, the application is denied.

MARY HANNAH LEAVITT,
President Judge